IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR-94-57-D |
| ) | |
| MARCUS RUSSELL MILLER, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Defendant has attempted to communicate with the Court by personal correspondence addressed to the assigned judge. Such communication is unauthorized and is ineffectual to obtain judicial action. The correspondence will be made a part of the record without action by the Court.

Further, a review of the case file reveals that the subject of Defendant's letter – a request for retroactive designation of his place of confinement – was the subject of a prior filing that was construed as a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The petition was dismissed with prejudice, and the dismissal was affirmed. *See United States v. Miller*, 594 F.3d 1240, 1243 (10th Cir. 2010). The issue of Defendant's consecutive state and federal sentences has already been decided.

IT IS THEREFORE ORDERED that the Clerk is directed to file Defendant's letter in the case record. No further action will be taken.

IT IS SO ORDERED this 2nd day of April, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE